UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON L. SANDERS et al.,

        Plaintiffs,                    Case No. 1:22-cv-18

v.                                       Honorable Paul L. Maloney

MATT MACAULEY et al.,

        Defendants.
_____/

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that, as to Plaintiff Sanders, the action is also **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because it is malicious.


Dated:    April 21, 2022                         /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge