# REPORT FOLLOWING
# EARLY PRISONER MEDIATION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:22-cv-00018 | Sanders et al v Macauley | 7/19/23 |

## ATTENDEES

### PARTIES

| Name | On Behalf Of |
|---|---|
| Jason Sanders | Plaintiff |
| Tracey Raguepaw | Defendants / MDOC |
| Alicia Lane | Defendants / MDOC |
| | |
| | |
| | |
| | |

### COUNSEL

| Name | On Behalf Of |
|---|---|
| | |
| | |
| | |
| | |
| | |

## RESULT

[✓] Case settled in full
[ ] Not settled - Mediation Completed

Dated: 7/19/23

_____
Mediator
Edward P. Perdue